IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARY FRANCE,                          )
                                      )
            Plaintiff,                )
                                      )
            v.                        )      1:17CV465
                                      )
ANDREW SAUL,                          )
Commissioner of Social Security,      )
                                      )
            Defendant.                )

### JUDGMENT

For the reasons set out in an Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying Plaintiff's disability claim on redetermination is REVERSED, the case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings, and all other pending motions are DENIED AS MOOT.

                              ___/s/___ Thomas D. Schroeder
                              United States District Judge

December 31, 2019